IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUNCAN J. MCNEIL, III, ) | |
| ) | 8:05cv389 |
| Plaintiff, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on filing no. 12, the Motion to Alter or Amend Judgment filed by the plaintiff, Duncan J. McNeil, III. The plaintiff's Motion does not raise facts or legal arguments which would cause me to reconsider the previous opinion and judgment entered in this matter. Accordingly, filing no. 12, the plaintiff's Motion to Alter or Amend Judgment, is denied.

SO ORDERED.

November 18, 2005.            BY THE COURT:

/s *Richard G. Kopf*
United States District Judge